IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAN EMELIER GODOY-COLMENARES<br><br>Petitioner,<br><br>vs.<br><br>WARDEN OF MOSHANNON VALLEY PROCESSING CENTER,<br><br>Respondent. | ) ) ) ) ) ) ) ) ) | 3:26-cv-01933-MJH |

**ORDER**

Petitioner's Motion for Temporary Restraining Order is DENIED in part and GRANTED in part. Petitioner seeks to enjoin transfer outside of the Western District of Pennsylvania. Additionally, Petitioner seeks to enjoin removal proceedings from the United States. This Court lacks authority to grant the requested relief, as the places of detention, and timing of movement, for aliens pending removal is left to the discretion of the Attorney General. 8 U.S.C. § 1231(g)(1). *See also Sinclair v. Atty Gen.*, 198 F. Appx 222 n.3 (3d Cir. 2006). Congress has "limited federal district courts' jurisdiction to review decisions or actions made pursuant to the sound discretion of DHS officials[.]" *Jane v. Rodriguez*, No. CV 20-5922 (ES), 2020 WL 10140953, at *1 (D.N.J. May 22, 2020). 8 U.S.C. § 1252(a)(1)(B)(ii) provides that "no court shall have jurisdiction to review any decision or action of the Attorney General or the Secretary of Homeland Security the authority for which is specified under this subchapter to be in the discretion of the Attorney General or the Secretary of Homeland Security...." In *Khalil v. President, United States*, No. 25-2162, 2026 WL 111933, at *1 (3d Cir. Jan. 15, 2026), the Third Circuit held that the District Court lacks jurisdiction over any action or proceedings brought to

remove an alien from the United States. Therefore, because the Court lacks jurisdiction to enjoin both transfer and removal proceedings, Petitioner's TRO is DENIED.

Petitioner's TRO is GRANTED to the extent that the Court ORDERS that, pending a decision on Petitioner's Habeas Petition, if Petitioner is moved from the Moshannon Valley ICE Processing Center Respondents are directed to file a Notice on the record advising of petitioner's new location.

BY THE COURT:

DATED: October 13, 2026

Marilyn J. Horan
United States District Judge