**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ADAN EMELIER GODOY-COLMENARES, | ) | 3:26-CV-01933-MJH |
| Petitioner, | ) | |
| vs. | ) | |
| WARDEN OF MOSHANNON VALLEY PROCESSING CENTER, | ) | |
| Respondent. | | |

**ORDER**

Respondent have filed a Response to the Petition for a Writ of Habeas Corpus, indicating that Petitioner has elected a have a bond hearing before an Immigration Judge. ECF No. 6. In the alternative, Respondent suggests that the Court may grant the habeas petition to the extent that it seeks a prompt individualized bond hearing under § 1226(a) in the immigration court, which would comport with the Third Circuit's ruling in *Buele Morocho* and would satisfy due process as construed in that opinion. Id. at 3. The Court agrees with the suggested resolution.

For the reasons stated by this Court in *Deh v. Warden Moshannon Valley Processing Center, et al.*, No. 3:26-CV-00738-MJH, 2026 WL 1255947 (W.D. Pa. May 7, 2026) and by the Third Circuit in *Buele Morocho v. Warden Philadelphia FDC*, No. 26-1150, 2026 WL 2546223 (3d Cir. Aug. 28, 2026), the Habeas Petition is GRANTED IN PART, as follows:

Respondents shall cause Petitioner to be taken to a neutral immigration judge of the Executive Office of Immigration Review for an individualized bond hearing to occur within thirty (30) days of this order, or else release Petitioner by such date. This timeline may be extended by Petitioner upon a motion to the immigration judge. Respondents shall ensure that the hearing include the required due process,

including, at a minimum, factfinding based upon a record produced before a decisionmaker and disclosed to Petitioner; an opportunity to make arguments on Petitioner's behalf; and the right to an individualized determination of Petitioner's interests. *See Ghanem v. Warden Essex Cnty. Corr. Facility*, No. 21-1908, 2022 WL 574624, at *2 (3d Cir. Feb. 25, 2022). Petitioner shall be responsible for securing any necessary transcripts and record of the bond hearing.

IT IS FURTHER ORDERED that the Petition is DENIED in all other respects. The Clerk of Court shall mark this case as closed.

BY THE COURT:

DATED: October 26, 2026

Marilyn J. Horan
United States District Judge

ADAN EMELIER GODOY-COLMENARES
A245980190
MOSHANNON VALLEY PROCESSING CENTER
LEGAL MAIL - Open in Presence of Detainee
555 GEO DRIVE
PHILIPSBURG, PA 16866